UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL W. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 16-cv-02913-SI<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Re: Dkt. Nos. 21, 22 |

Plaintiff has filed a response to the Court's Order to Show Cause, and plaintiff states that he wishes to prosecute this case. Accordingly, the Court sets the following schedule regarding defendant's motion for judgment on the pleadings: plaintiff's opposition must be filed by September 16, 2016; defendant's reply must be filed by September 23, 2016; and the Court will hold a hearing on October 7, 2016 at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: September 7, 2016

                               SUSAN ILLSTON
                               United States District Judge