UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL W JOHNSON,

    Plaintiffs,

    v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendants.

Case No. 16-cv-02913-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 13, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: June 9, 2017.

DESIGNATION OF EXPERTS: 8/25/17; REBUTTAL: 9/5/17;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: October 6, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by; June 23, 2017;
    Opp. Due: July 7, 2017; Reply Due: July 14, 2017;
    and set for hearing no later than July 28, 2017 at 10:00 AM.

PRETRIAL CONFERENCE DATE: November 7, 2017 at 3:30 PM.

JURY TRIAL DATE: November 20, 2017 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a Magistrate-Judge (except for Mag. Beeler) for settlement purposes. The settlement conference shall occur during the first half of August 2017.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 11/21/16

SUSAN ILLSTON
United States District Judge