UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL W JOHNSON, | Case No. 16-cv-02913-SI |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

The Court has granted summary judgment in favor of defendant. Judgment is hereby entered against plaintiff and in favor of defendant.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 23, 2017

SUSAN ILLSTON
United States District Judge